```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

SKYLARK MEATS, LLC,              *

    Plaintiff                *
                                         Case Number 3:11-CV-141 (CAR)
vs.                              *

ANGEL FOOD MINISTRIES, INC.,     *

    Defendant                *


## D E F A U L T   J U D G M E N T

Pursuant to this Court's Order dated July 17, 2012, and for the reasons stated therein, JUDGMENT is hereby entered as follows: Plaintiff shall recover from Defendant Angel Food Ministries, Inc. the sum of $77,202.96 in damages. Plaintiff is also awarded attorneys fees to be determined and costs of this action. Said amounts shall accrue interest from the date of entry of judgment at the rate of 0.20% per annum until paid in full.

This 25th day of July, 2012.

                                      Gregory J. Leonard, Clerk

                                      s/ Gail G. Sellers, Deputy Clerk

APPROVED BY:

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT